

**FILED**
NOV 15 2017
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

SEALED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 6:17CR 82 |
| v. | § | Judge RC-KNM |
| | § | |
| JAMMY THEODORE REEVES | § | |
| a.k.a. "Twin" | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Felon in possession of a firearm)

On or about April 4, 2017, in the Eastern District of Texas, the defendant, **Jammy Theodore Reeves**, also known as **Twin**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: criminal mischief, in cause number 114-0369-01, in the 114th District Court for Smith County, Texas, on May 16, 2001, did knowingly and unlawfully possess, in and affecting commerce, a firearm, to wit: a Llama, 9 mm pistol, serial number obliterated.

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## Count Two

Violation: 18 U.S.C. § 922(k)
(Possession of a firearm with an
obliterated serial number)

On or about April 4, 2017, in the Eastern District of Texas, the defendant, **Jammy Theodore Reeves**, also known as **Twin**, did knowingly and unlawfully possess a firearm, to wit: a Llama, 9 mm pistol, from which the serial number had been obliterated and which had been shipped and transported in interstate commerce.

In violation of 18 U.S.C. § 922(k) and 924(a)(1)(B).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. §§ 924(d) and 3665, and 28 U.S.C. § 2461(c)

As a result of committing the offenses alleged in this indictment, the defendant shall forfeit to the United States of America pursuant to 18 U.S.C. §§ 924(d) and 3665, and 28 U.S.C. § 2461(c) any and all firearms, ammunition, and accessories subject to forfeiture based on the aforementioned statutes, including but not limited to the following:

a Llama, 9 mm pistol, serial number obliterated.

By virtue of the commission of the felony offenses charged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant 18 U.S.C. §§ 924(d) and 3665, and 28 U.S.C. § 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____       11/15/2017
ALLEN H. HURST                                            Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § NO. 6:17CR_____ |
| v. | § Judge _____ |
| | § |
| JAMMY THEODORE REEVES | § |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 922(g)(1)

Penalty: Imprisonment for not more than 10 years, a fine not to exceed $250,000, or both; and supervised release of not more than three (3) years. 18 U.S.C. § 924(a)(2).

Special Assessment: $100.00

### Count Two

Violation: 18 U.S.C. § 922(k)

Penalty: Imprisonment for not more than 5 years, a fine not to exceed $250,000, or both; and supervised release of not more than three (3) years. 18 U.S.C. § 924(a)(1)(B)

Special Assessment: $100.00